IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

Plaintiff,

v.

TAWANA SANDERS,

Defendant.                                         No. 12-CR-30222-DRH

MEMORANDUM and ORDER

**HERNDON, Chief Judge:**

Now before the Court is Sanders' motion to appoint counsel (Doc. 56). Specifically, Sanders would like counsel appointed to help her file a motion to reduce sentence for the proposed drug amendment 782.

The right to appointed counsel does not extend to proceedings under § 3582(c)(2). *United States v. Foster,* 706 F.3d 887 (7th Cir. 2013)(Prisoners who seek lower sentences following retroactive changes to the Guidelines do not receive counsel at public expense.)  *United States v. Forman,* 553 F.3d 585, 590 (7th Cir. 2009);*United States v. Tidwell,* 178 F.3d 946, 949 (7th Cir. 1999); *United*

*States v. Kelly*, 307 Fed.Appx. 1 (7th Cir. 2009)(Refusal to appoint counsel and to conduct hearing on motion or resentencing based on amendment to United States Sentencing Guidelines was not abuse of discretion.). Thus, the Court **DENIES** the motion (Doc. 56).

**IT IS SO ORDERED.**

Signed this 28th day of July, 2014.

Digitally signed by
David R. Herndon
Date: 2014.07.28
14:03:43 -05'00'

**Chief Judge
United States District Judge**